# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-4074

_____

William J. Reed,                                    *
                                                    *
        Plaintiff-Appellant,                *
                                                    *
  v.                                             *
                                                    *
Junior College District of St. Louis, St.   *   Appeal from the United States
Louis County, Missouri; doing               *   District Court for the
business as St. Louis Community             *   Eastern District of Missouri.
College at Florissant Valley; Mary C.       *
Brewster; Janice Wells-White; Joann         *   [UNPUBLISHED]
L. Ordinachev; Julia K. Muller;             *
Lawrence D. Shayer; John A. Wright,         *
                                                    *
        Defendants-Appellees.               *
                                                    *
                                                    *

_____

Submitted: May 12, 1998
Filed: June 1, 1998

_____

Before BEAM and MURPHY, Circuit Judges, and MELLOY[1], District Judge.

_____

PER CURIAM.

_____

[1]The Honorable Michael J. Melloy, Chief Judge, United States District Court for the Northern District of Iowa, sitting by designation.

William Reed filed this action under 42 U.S.C. § 1983, against the Junior College District of St. Louis and the members of the board of trustees in their individual capacities, when his contract to serve as campus police chief was not renewed. He alleged that the failure to renew violated his first amendment rights, his procedural due process rights, the Missouri Administrative Procedure Act, R.S.Mo. § 536.150, and his contractual rights. A jury returned a verdict for the defendants on the first amendment claim after the district court[2] had granted summary judgment in favor of the defendants on the other claims. Reed now raises no issue related to his first amendment claim but appeals from the judgment dismissing his other causes of action. Based on our review of the record we affirm on the basis of the district court's opinion. See 8th Cir. R. 47B.


A true copy.


ATTEST:


CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.


---

[2]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.